1024

No. 88–6095.  CORTEZ v. PRICE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–6099.  SHAYANFAR v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–6102.  LEMONS v. COX ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–6103.  TRAVIS v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 88–6106.  LARKINS v. MICHIGAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6107.  EIERLE v. ELLIS, SUPERINTENDENT, UNION CORRECTIONAL INSTITUTION, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–6109.  WILSON v. TENOGLIA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6110.  WILSON v. SEITER, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6111.  WILSON v. DENTON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6112.  WILSON v. SEITER, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–6114.  DAVENPORT v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 88–6115.  BALAWAJDER v. CRIMINAL DISTRICT COURT OF TEXAS AT FORT WORTH, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–6116.  SCHULTZ ET UX. v. SWANHORST ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–6118.  JANES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.